ROLLS-ROYCE, Limited, v. GENERAL PHONOGRAPH MFG. CO. (Circuit Court of Appeals, Sixth Circuit. November 9, 1921.) No. 3550. In Error to the District Court of the United States for the Eastern Division of the

Northern District of Ohio; Westenhaver, Judge. Stearns, Chamberlain & Royon, of Cleveland, Ohio, for plaintiff in error. M. B. & H. H. Johnson, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.